IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 1:08cr00374-001 |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JOSHUA A. STACER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter was heard on July 11, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Carolyn Kucharski.

    The original violation report was referred to Magistrate Judge Vecchiarelli who issued a Report and Recommendation on June 25, 2013. No objections being filed to the Report and Recommendation the Court adopted same and found the following conditions of supervision had been violated:

        1) new law violation.

    The Court, after entertaining statements from the parties, committed defendant to the Bureau of Prisons for a term of 22 months to be served consecutive to defendant's state sentence. Defendant granted credit for time served only in federal custody on the instant violation. Upon release from incarceration on the federal supervised release violation defendant's supervised

release shall terminate.

      The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: July 11, 2013                          *s/   James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE